IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DON E. SHARPE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NUMBER: ) 2:21-cv-1267-MHH ) JURY DEMAND |
| NORFOLK SOUTHERN CORPORATION, | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Don E. Sharpe and Defendant Norfolk Southern Corporation, by and through their attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal with prejudice of all of Plaintiff's claims as asserted in the Complaint. Each party shall bear his or its own attorney's fees and costs.

This the 11th day of October 2024.

Respectfully submitted,

/s/ Gregory O. Wiggins
Gregory O. Wiggins
WIGGINS CHILDS PANTAZIS
FISHER & GOLDFARB
301 19th Street North
Birmingham, Alabama 35203
205/314-0500
gwiggins@wigginschilds.com

William C. Tucker, Jr.
MAPLES, TUCKER & JACOBS, LLC
2001 Park Place, Suite 1325
Birmingham, Alabama 35203
205/322-2333
bill@mtandj.com

*Counsel for Plaintiff*

*/s/ Alyssa Peters*
Alyssa K. Peters
Constangy, Brooks, Smith
& Prophete, LLP
577 Mulberry Street, Suite 710
Macon, GA 31201-8588

Tammy C. Woolley
Brittany H. Turner
Constangy, Brooks, Smith
& Prophete, LLP
Two Chase Corporate Drive, Suite 120
Birmingham, AL 35244

*Counsel for Defendant*